AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

RAY W. NG (11)

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:19-CR-00025

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*Robert W Schroeder III* (signature)

Signature of Judge

ROBERT W. SCHROEDER III    US DISTRICT JUDGE

Name of Judge    Title of Judge

3/30/2022

Date

Print Document    Save As...    Export as FDF    Retrieve FDF File    Reset Document